**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

February 18, 2022

**BY ECF & EMAIL**

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Octavius Fryar*, 21 Cr. 703 (NSR)

Dear Judge Román:

    The Government writes to inform the Court that defendant Octavius Fryar has accepted a plea offer, and a change-of-plea proceeding has been scheduled before Judge Davison on March 3, 2022. The Government therefore respectfully requests that the February 25, 2022 status conference in this case be canceled.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

By:    /s/ Derek Wikstrom
       Derek Wikstrom
       Assistant United States Attorney
       Tel: (914) 993-1946

Cc:    Francis O'Reilly, Esq.

In light of a scheduled change of plea before Judge Davison, the Govt's request to cancel the Feb. 25, 2022 telephonic Status Conf. before Judge Román is GRANTED. Clerk of Court requested to terminate the motion (doc. 37).
Dated: White Plains, NY
      Feb. 18, 2022
**SO ORDERED:**

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/18/2022