# UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc #  _____
Date Filed:  March 3, 2022
```

United States District Court
Southern District of New York
-----------------------------------------------------------X
United States of America,

           Plaintiff                     **SCHEDULING ORDER**

     -against- 

                                                     21-cr-00703-NSR

Octavius Fryar

                Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a change of plea for 3/4/2022 at 11:00 am before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739. A Teams link will be provided to counsel to access the conference by video. Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated: 3/3/2022
       White Plains, New York

                                                SO ORDERED:

                                                s/      PED

                                                PAUL E. DAVISON
                                                United States Magistrate Judge