UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

Octavius Fryar

          Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY**
**VIDEO OR TELE CONFERENCE**

21-cr-703-NSR

Defendant Octavius Fryar hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐   Initial Appearance Before a Judicial Officer

☐   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☒   Guilty Plea/Change of Plea Hearing

☐   Bail/Detention Hearing

☐   Conference Before a Judicial Officer - Assignment of Counsel

_/s/ Octavious Fryar_
Defendant's Signature w/ consent PED
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Octavious Fryar_
Print Defendant's Name

_[signature]_
Defendant's Counsel's Signature

_Francis L. O'Reilly_
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_3/4/22_
Date

_[signature]_
U.S. District Judge/U.S. Magistrate Judge