UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                             Plaintiff,                    **MEMORANDUM**

       -against-                                      7:21-cr-00703-NSR

Octavius Fryar

                            Defendant.
-------------------------------------------------------------X

TO:  Hon., United States District Judge:

      Please find attached a transcript of the 3/4/2022 plea allocution over which I presided, setting forth my Report and Recommendation to you.  Please let me know if I can be of further assistance.

Dated: April 5, 2022
       White Plains, New York

                                                    Respectfully Submitted,

                                                    s/ Paul E. Davison

                                                    _____
                                                    PAUL E. DAVISON
                                                    United States Magistrate Judge