UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

USA

                                                                                                                                 21 Cr. 00703-01 (NSR)

    - against -

OCTAVIUS FRYAR,                                                                 ORDER ACCEPTING
                                                                                               PLEA ALLOCUTION

                                  Defendant.

------------------------------------------------------- X

NELSON S. ROMÁN, U.S.D.J.:

      The Court has reviewed the transcript of the plea allocution in the above-entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Paul E. Davison, United States Magistrate Judge, dated March 4, 2022, is approved and accepted.

SO ORDERED.

_____
Hon. Nelson S. Román,
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/2022

Dated: White Plains, NY
       April 21, 2022